430 

Appellate Case No. 2015-002439

Supreme Court of South Carolina.

September 7, 2016

AMENDED ORDER

Pursuant to the provisions of Article V, Section 4 of the South Carolina Constitution,

IT IS ORDERED that, until further notice, attorneys acting as special referees shall not Electronically File (E–File) signed orders in cases where they are acting as special referees. Special referees must submit documents for filing by (1) utilizing a Traditional Filing method, such as submitting signed orders to the clerk of court directly or mailing signed orders to the clerk; or (2) with advance permission of a clerk of court, by emailing signed orders to the clerk of court.

This Order does not excuse attorneys who serve as special referees from mandatory E–Filing in cases where they are counsel for a party. This Order modifies a previous Order dated January 15, 2016, and is effective immediately.

s/Costa M. Pleicones
 Costa M. Pleicones
 Chief Justice of South Carolina